UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| Letter of Request from | ) |
| United Kingdom for Assistance | ) |
| in the Criminal Matter of | ) |
| JOHN LAFERTY | ) |
| | ) |

APPLICATION FOR ORDER PURSUANT TO
TITLE 18, UNITED STATES CODE, SECTION 3512

The United States of America petitions this Court for an Order pursuant to 18 U.S.C. § 3512 and its own inherent authority appointing Clay M. West, Assistant United States Attorney, as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the request made by the United Kingdom.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated:  March 20, 2020

 /s/ Clay M. West
CLAY M. WEST
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404