Attachment C

## IN THE HIGH COURT OF JUSTICIARY

### LETTER OF REQUEST

in the Indictment

at the instance of
**HER MAJESTY'S ADVOCATE**
for the Public Interest

against

JOHN LAFFERTY, born 12 September 1998, residing at 10 Craighall Street, Raploch, Stirling, Scotland

The Honourable Lord Turnbull, one of the Lords Commissioners of Justiciary, presents his compliments to the Office of International Affairs, Criminal Division, US Department of Justice, 1301 New York Avenue NW, Washington DC 20005, the United States of America and has the honour of informing it of the following facts:

1. The High Court of Justiciary, of which the Honourable Lord Turnbull is one of the judges, is the supreme criminal court in Scotland and exercises a jurisdiction as a trial court.

2. The Lord Advocate the Right Honourable James W Wolffe QC, is responsible for the investigation of crime in Scotland and the prosecution of offenders. He is assisted by a number of deputes, who are called Advocate Deputes.

3. Criminal proceedings have been instituted before the High Court of Justiciary at the instance of Her Majesty's Advocate against John Lafferty, who is presently charged with the crimes of attempted murder and possession of an offensive weapon, contrary to section 47(1) of the Criminal Law (Consolidation) (Scotland) Act 1995. Said John Lafferty has been indicted for trial at a sitting of the High Court of Justiciary at Glasgow. A date for any trial has not yet been fixed. A Preliminary Hearing in respect of the case is scheduled to take place on 25 November 2019 at the High Court of Justiciary at Glasgow. A copy of the Indictment is annexed hereto at Annex B.

4. The offence of murder is defined in Scots law as any wilful act causing the destruction of life, whether intended to kill or displaying such wicked recklessness as to imply a disposition depraved enough to be regardless of consequences. Under the law of Scotland any attempt to commit a crime is treated as if the crime had been completed. It is a common law offence and

      hence not contained in any statute. The maximum sentence on conviction on indictment for attempted murder is life imprisonment.

5. The crime of Prohibition of the carrying of offensive weapons contrary to section 47 of the Criminal Law (Consolidation) (Scotland) Act 1995 is defined in Scots law as being an offence for any person to who has with him in any public place any offensive weapon. The maximum punishment upon conviction of the offence is imprisonment for a period of 5 years and a fine. A copy of the legislation is attached to this letter of request at Annex C

6. It has been shown to the Honourable Lord Turnbull on application by Her Majesty's Advocate, a copy of which is annexed to this request, that it is necessary for the proper adjudication of the trial that the evidence of Nick Tuma, born 14 February 1997, residing at 710 Cherry Creek Road, Marquette, Michigan 4985, United States of America be given through a live television link. A copy of the statement provided by the witness to officers of the Police Service of Scotland on 20 December 2018 is annexed to the said letter at Annex A.

7. The Criminal Procedure (Scotland) Act 1995 empowers the High Court of Justiciary to request your assistance and facilities in the giving of that evidence by the said Nick Tuma who resides within your jurisdiction through a live television link.

8. Arrangements in Scotland are to be made by The Clerk of Justiciary, Parliament House, Edinburgh, Scotland.

9. In thanking the Office of International Affairs, Criminal Division, US Department of Justice, 1301 New York Avenue NW, Washington DC 20005, the United States of America in advance for its co-operation in this case, the Honourable Lord Turnbull avails himself of this opportunity to renew the assurance of his high consideration.

                                                                              *[signature]*

                                                         Lord Commissioner of Justiciary

Dated this 26 day of November 2019

WITNESS STATEMENT

Witness No: 8     Agency No: PCS0166241218     PF Ref: ST18002684

## SECTION 1: Disclosable Details

Surname            : Tuma

Forename(s)        : Nick

Age                : 21

Occupation         : Student

Disclosable address : FLAT-E 6 Lower Bridge Street
                     Stirling
                     FK8 1AB

## SECTION 2: Provenance - all mandatory fields

Statement taken by DSGT Harley, William: PCSWH10064.

Place, date and time    : Home Address, 08-01-2019 at 23:15:00

Other person(s) present :

Source                  : statement form

Authentication          : read over

## SECTION 3: Free Text

I am Nick Tuma and reside at the address I've just given.

Tonight, Skylar and I walked a friend to the train station, once we'd seen them there safley, we walked back towards our homes. Near to the turn off to Tesco, about half past nine or quarter to ten, we just accidently bumpted into a guy. He asked what time is it, and carried on talking. I could se he had blood on his hands and he said,

"I'VE STABBED A GUY".

I thought this was really weird, but he pulled out a small folding pocket knife. I don't know what colour, but it had blood on it, he showed it to me, he said,

"THIS IS WHAT I STABBED HIM WITH"

He said he'd been hit with a bat and didn't want to go back to prison. He could see we were slightly shocked and was then com;laining that he'd got blood all over his trainers.

He was about 20, 6'2", slim, wearing a black hoodie and had short dar hair, he might have had jeans on but I'm not sure. He then walked off towards Tesco and Skylar and I waslked past Pizza Hut as I didn't want to talk to him anymore.

I could identify him again.

WITNESS STATEMENT

This is a true and accurate account.

**Statement taken over the phone**

HIGH COURT OF JUSTICIARY AT GLASGOW            ST18002684
Preliminary Hearing: 14 October 2019

JOHN LAFFERTY, born 12 September 1998, whose domicile of citation has been
specified as 10 Craighall Street, Raploch, Stirling

you are indicted at the instance of Her Majesty's Advocate, and the charges against you is that

(001) on 16 December 2018 at Stirling Council Homeless Unit, Springkerse House, Springkerse Road, Stirling you JOHN LAFFERTY did assault Kevin Andrew Dudgeon, c/o Police Service of Scotland, Stirling and did repeatedly punch him on the body, repeatedly strike him on the body with a knife and thereafter pursue him out of the building, all to his severe injury, permanent disfigurement and to the danger of his life and did attempt to murder him;

and

(002) on 16 December 2018 at Stirling Council Homeless Unit, Springkerse House, Springkerse Road, Wallace Street, Douglas Street, Bruce Street, all Stirling, and elsewhere, being a public place, you JOHN LAFFERTY did, without reasonable excuse or lawful authority, have with you an offensive weapon, namely a folding pocket knife: CONTRARY to the Criminal Law (Consolidation) (Scotland) Act 1995, Section 47(1) as amended.

1

LIST OF PRODUCTIONS

| PRO NO | | |
|---|---|---|
| | 1 | Scene Entry Log |
| | 2 | Schedule |
| | 3 | Certificate |
| | 4 | Joint Report by Lesley-Anne Brown and Karen McBride, both Reporting Fingerprint Examiners, Forensic Services, Scottish Police Authority, Glasgow Fingerprint Unit, Scottish Crime Campus, Craignethan Drive, Gartcosh, dated 15 January 2019 |
| | 5 | Fingerprint Book of Evidence |
| | 6 | Statement |
| | 7/13 | Notebook Extracts |
| | 14/15 | Statements |
| | 16 | Notebook Extract |
| | 17/18 | Books of Photographs |
| | 19 | Joint Report by Gary Nolan, BSc (Hons) PhD and Sarah Louise Clement, BSc (Hons), both Forensic Scientists, Forensic Services, Scottish Police Authority, West Victoria Dock Road, Dundee, dated 23 May 2019 and Notice is hereby given in terms of Section 281(2) of the Criminal Procedure (Scotland) Act 1995 that it is intended to call only one of the said forensic scientists to give evidence in respect thereof |

| LABEL NO. | | |
|---|---|---|
| | 1 | Disc |
| | 2/3 | DNA Kits |
| | 4 | Knife |
| | 5/6 | Swabs |
| | 7/8 | Shoes |
| | 9 | Mobile Telephone |
| | 10 | Jacket |

LIST OF WITNESSES

001   KEVIN ANDREW DUDGEON
      c/o Police Service of Scotland, Stirling

002   LAUREN DOREEN CURRIE
      c/o Police Service of Scotland, Stirling

003   THOMAS DUFFY
      c/o Police Service of Scotland, Stirling

004   MARK LAWLESS
      c/o Police Service of Scotland, Stirling

005   JAMES HAMILTON
      c/o Police Service of Scotland, Stirling

006   THOMAS THOMSON
      c/o Police Service of Scotland, Stirling

007   SKYLAR MCMAHAN
      c/o Police Service of Scotland, Stirling

008   NICK TUMA
      c/o Police Service of Scotland, Stirling

009   SAMANTHA FYFE, Paramedic
      c/o Scottish Ambulance Service, Lagrannoch Industrial Estate, Callander

010   PHILIP GUY HARMSTON, Paramedic
      c/o Scottish Ambulance Service, Lovers Walk, Stirling

011   RUTH CHALMERS MB ChB, Doctor
      c/o Forth Valley Nhs Trust, Stirling Road, Larbert

012   JOHNSTONE MOORE, Police Constable
      Police Service of Scotland, Randolphfield, St Ninians Road, Stirling

013   CRAIG PIEROWAY, Police Sergeant
      Police Service of Scotland, Bridge St, Falkirk

014   DAVID REILLY, Police Constable
      Police Service of Scotland, Randolphfield, St Ninians Road, Stirling

015   MARK REID, Police Constable
      Police Service of Scotland, West Bridge St, Falkirk

016   CHRISTOPHER HALAKA, Police Constable
      Police Service of Scotland, Randolphfield, St Ninians Road, Stirling

017/

017 PAUL ROOSE, Police Constable
Police Service of Scotland, Buchanan Street, Balfron

018 ROBBIE CONACHER, Police Constable
Police Service of Scotland, Randolphfield, St Ninians Road, Stirling

019 DAVID CARMICHAEL, Police Constable
Police Service of Scotland, Randolphfield, St Ninians Road, Stirling

020 ALLANA LEES, Detective Constable
Police Service of Scotland, West Bridge St, Falkirk

021 RYAN SMITH, Detective Constable
Police Service of Scotland, West Bridge St, Falkirk

022 STEPHEN ROBY, Detective Constable
Police Service of Scotland, Randolphfield, St Ninians Road, Stirling

023 HANNAH ACHESON, Detective Constable
Police Service of Scotland, Randolphfield, St Ninians Road, Stirling

024 GORDON CURRIE, Police Constable
Police Service of Scotland, Randolphfield, St Ninians Road, Stirling

025 GAVIN MCLUSKEY, Police Constable
Police Service of Scotland, West Bridge St, Falkirk

026 PAUL MCCALLUM, Detective Sergeant
Police Service of Scotland, West Bridge St, Falkirk

027 ALISTAIR BELL, Scene Examiner
Police Service of Scotland, Randolphfield, Saint Ninians Road, Stirling,

028 GARY NOLAN BSc (Hons) PhD, Forensic Scientist
Forensic Services, Scottish Police Authority, West Victoria Dock Road, Dundee

029 SARAH CLEMENT BSc (Hons), Forensic Scientist
Forensic Services, Scottish Police Authority, West Victoria Dock Road, Dundee

030 LESLEY-ANNE BROWN, Reporting Fingerprint Examiner
Forensic Services, Scottish Police Authority, Glasgow Fingerprint Unit, Scottish Crime Campus, Craignethan Drive, Gartcosh

031 KAREN MCBRIDE, Reporting Fingerprint Examiner
Forensic Services, Scottish Police Authority, Glasgow Fingerprint Unit, Scottish Crime Campus, Craignethan Drive, Gartcosh

032/

4

032   JAMIE PARKINSON, Police Constable
      Police Service of Scotland, Randolphfield, Saint Ninians Road, Stirling

033   BRIAN MURPHY, Police Constable
      Police Service of Scotland, Randolphfield, Saint Ninians Road, Stirling

JH/ST/033/ED
PF Ref: ST18002684

2019
HIGH COURT
GLASGOW
OCTOBER

---

INDICTMENT

against

JOHN LAFFTERY,
11 Month Date     18/11/2019
12 Month Date     18/12/2019

(Assault, Severe Permanent Disfigurement, Danger to Life and Attempt Murder and CONTRARY to the Criminal Law (Consolidation) (Scotland) Act 1995, Section 47(1) as amended.).

Preliminary Hearing
14 October - Glasgow

# ANNEX D

# Criminal Law (Consolidation) (Scotland) Act 1995

Section 47 - Prohibition of the carrying of offensive weapons.

(1)Any person who has with him in any public place any offensive weapon shall be guilty of an offence, and shall be liable—

(a )on summary conviction, to imprisonment for a term not exceeding six months or a fine not exceeding the statutory maximum, or both;

(b )on conviction on indictment, to imprisonment for a term not exceeding 5 years or a fine, or both.

(1A)It is a defence for a person charged with an offence under subsection (1) to show that the person had a reasonable excuse or lawful authority for having the weapon with the person in the public place.

(2)Where any person is convicted of an offence under subsection (1) above the court may make an order for the forfeiture or disposal of any weapon in respect of which the offence was committed.

F5(4)In this section—

- "offensive weapon" means any article—

(a) made or adapted for use for causing injury to a person, or

(b) intended, by the person having the article, for use for causing injury to a person by—

(i) the person having it, or

(ii) some other person,

- "public place" means any place other than—

(a) domestic premises,

(b) school premises (within the meaning of section 49A(6)),

(c) a prison (within the meaning of section 49C(7)),

- "domestic premises" means premises occupied as a private dwelling (including any stair, passage, garden, yard, garage, outhouse or other appurtenance of such premises which is not used in common by the occupants of more than one such dwelling).